UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| **SARAH SPECHT,** <br> **Plaintiff,** <br> vs. <br><br> **COMMISSIONER of Social Security,** <br>     **Defendant.** | Civil No. 6:25-cv-00104-AR <br><br> ORDER GRANTING AWARD OF EAJA FEES, EXPENSES COSTS |

## ORDER

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(l)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in *Astrue v Ratliff*, 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of $6,872.19, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in *Ratliff* shall be paid to the Plaintiff, and mailed to the attorney's office.

Dated this 30th day of December, 2025.

_____
Honorable Jeff Armistead
United States Magistrate Judge

Presented by:
Lisa R. Lang, OSB 025035
Attorney for Plaintiff
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035