LISA R. LANG, OSB NO. 025035
LISA LANG LAW LLC *(formerly Johnston Porter Law Office PC)*
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 714-7579
Email: Lisa@lisalanglaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

SARAH SPECHT
Plaintiff,

Civil Action No. 3:25-cv-00104 -AR

vs.

COMMISSIONER of Social Security,
Defendant

ORDER GRANTING AWARD OF ATTORNEYS FEES UNDER 42 U.S.C. § 406(b)

ORDER

Based upon the Plaintiff's Motion for an Award of Attorneys fees pursuant to 42 U.S.C. § 406(b) it is hereby:

ORDERED that Plaintiff is awarded attorneys fees in the amount of $17,049.48, minus $6,872.19 in EAJA fees received, for a total amount of $10,177.29 withheld for Plaintiff's attorneys fees.

It is FURTHER ORDERED that the Commissioner may pay Plaintiff's Counsel directly from Plaintiff's back benefits withheld, minus any applicable processing fees allowed by statute, and pay the Plaintiff the remainder of her past-due benefits, if any.

DATED this 13 day of October 2026.

/s/ Jeff Armistead
U.S. MAGISTRATE JUDGE